AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Juan Daniel AGUILAR-Ledezma<br><br>*Defendant(s)* | )<br>)<br>) Case No: 25-1094mj<br>)<br>)<br>) |

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAY - 2 2025
MITCHELL R. ELFERS
CLERK OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 27, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>18, 8, 50</u> U.S.C. § <u>1382(NDA), 1325(a)(1)(EWI Misdemeanor), 797(NDA)</u>, an offense described as follows:

Count 1: 8 USC 1325 Entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers
&
Count 2: 18 USC 1382 Entry of Military Property for Any Purpose Prohibited by Law
&
Count 3: 50 USC 797 Prohibits the Willful Violation of any Defense Property Security Regulation (Class A Misdemeanor)

This criminal complaint is based on these facts:
Count 1: On April 27, 2025, Border Patrol Agents from the Santa Teresa, New Mexico Border Patrol Station encountered the defendant in Dona Ana County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen and national of Mexico, illegally present in the United States. Agents determined the defendant illegally crossed the boundary between the United States and Mexico on April 27, 2025, approximately four miles west of the Santa Teresa, New Mexico Port of Entry. The defendant did not present himself through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer.
&

☒  Continued on the attached sheet.

*Complainant's signature*

Daniel Calzada, Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ via telephone.

Date: May 2, 2025

City and state: Las Cruces, N.M.

*Judge's signature*

GREGORY B. WORMUTH
U.S. MAGISTRATE JUDGE
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Juan Daniel AGUILAR-Ledezma

**Continuation of Statement of Facts:**

Count 2: On April 27, 2025, DEFENDANT, Juan Daniel AGUILAR-Ledezma entered a military reservation, post, fort, yard, station or installation, the NM National Defense Areas for a purpose prohibited by law, specifically illegal entry into the United States.

&

Count 3: On April 27, 2025, Juan Daniel AGUILAR-Ledezma was apprehended by U.S. Border Patrol, Juan Daniel AGUILAR-Ledezma did not have authorized access from the US ARMY to enter the NM National Defense Areas. Signs have been posted along the NM National Defense Areas stating in both English and Spanish that this is a restricted area, and that unauthorized entry is prohibited. Based on the location of DEFENDANT's apprehension by U.S. Border Patrol, the DEFENDANT illegally crossed the international border with Mexico into the United States through the NM National Defense Areas. Further DEFENDANT was apprehended in an area with posted signs prohibiting unauthorized entry.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Calzada, Daniel
Filing Agent